# UNITED STATES DISTRICT COURT
## WESTERN DISTRICT OF WASHINGTON
### AT TACOMA

ULYSSES WILLIAMS III,

        Petitioner,

   v.

PATRICK GLEBE,

        Respondent.

CASE NO. C14-5389 RBL-JRC

ORDER

The Court having reviewed the Report and Recommendation of the Hon. J. Richard Creatura, objections to the Report and Recommendation, if any, and the remaining record, does hereby find and Order:

(1)     The Court adopts the Report and Recommendation;

(2)     Petitioner's motion to proceed in forma pauperis is denied.

(3)     Petitioner has paid the filing fee.

DATED this 10th day of June, 2014.

                                       RONALD B. LEIGHTON
                                       UNITED STATES DISTRICT JUDGE