UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| | |
|---|---|
| ULYSSES WILLIAMS III,<br><br>                      Petitioner,<br><br>        v.<br><br>PATRICK GLEBE.<br><br>                      Respondent. | CASE NO. C14-5389 RBL-JRC<br><br>ORDER |

The Court, having reviewed the Report and Recommendation of Magistrate Judge J. Richard Creatura, objections to the Report and Recommendation, if any, and the remaining record, does hereby find and ORDER:

1. The Court adopts the Report and Recommendation.

2. The Court dismisses the petition as untimely.  No Certificate of Appealability will be issued.

3. The Court directs the Clerk to send a copy of this Order to petitioner, and to the Hon. J. Richard Creatura.

DATED this 4th day of December, 2014.

RONALD B. LEIGHTON
UNITED STATES DISTRICT JUDGE

ORDER - 1